918

No. 02-9968. WHITE v. COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 02-9970. PHILLIPS v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied.

No. 02-9973. BAKER v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02-9978. MARTIN v. NEBRASKA BOARD OF PAROLE ET AL. Ct. App. Neb. Certiorari denied.

No. 02-9983. CLARK v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02-9984. COUSIN v. LENSING, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02-9989. PARNELL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02-9996. HAAG v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 02-10001. MOSSO v. MATESANZ, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 02-10002. MURAWSKI v. MATTOLA. Super. Ct. Pa. Certiorari denied.

No. 02-10008. PARKER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-10009. PAYNE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-10010. BURTON v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02-10012. ANGLETON v. INDIANA. Ct. App. Ind. Certiorari denied.